KAREN CARTER PETERSON * NO. 2019-CA-0703

VERSUS * COURT OF APPEAL

ALLEN HELWICK BORNE, * FOURTH CIRCUIT
JR., KYLE ARDOIN, IN HIS
OFFICIAL CAPACITY AS THE * STATE OF LOUISIANA
SECRETARY OF STATE, AND
C. ARTHUR MORRELL, IN *
HIS OFFICIAL CAPACITY AS
THE CHIEF ELECTION *
OFFICER FOR ORLEANS * * * * * * *
PARISH

MCKAY, C.J., DISSENTS FOR THE REASONS ASSIGNED BY J. BELSOME

I dissent for the reasons assigned by Judge Belsome.